(February 1, 1966)

■ IRENE G. JELINEK, Appellant, v. CITY OF NEW YORK et al., Respondents,— Order of this court entered on January 25, 1966 vacated. Concur— Breitel, J, P,, Valente, McNally, Stevens and Steuer, JJ.